**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

William McCollum and Francesca McCollum,
Defendants,

Of whom William McCollum is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-000286

───────────

Appeal From Williamsburg County
Thomas M. Bultman, Family Court Judge

───────────

Unpublished Opinion No. 2023-UP-339
Submitted October 19, 2023 – Filed October 20, 2023

───────────

**AFFIRMED**

───────────

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

William M. O'Bryan, Jr., of O'Bryan & O'Bryan, of Kingstree, for the Guardian ad Litem.

---

**PER CURIAM:** William McCollum appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve McCollum's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and BROMELL HOLMES, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.